**Order entered October 13, 2017**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-16-01138-CR
No. 05-16-01139-CR
No. 05-16-01140-CR

**DERRICK BRANNON SULLIVAN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 282nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No's F-1324555-S, F-13-24563-CR, 05-16-01140-CR**

## ORDER

Appellant's Expedited Motion for Leave to supplement the Record is **DENIED.**

/s/    BILL WHITEHILL
       JUSTICE